## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HARTFORD FIRE INSURANCE COMPANY,**<br><br>      **Plaintiff,**<br><br>    vs.<br><br>**DATA AXLE, INC.,**<br><br>      **Defendant.** | **8:26CV207**<br><br>**ORDER TO SHOW CAUSE** |

The records of the Court show that on May 6, 2026, a letter (Filing No. 4) was sent to the following attorney from the Office of the Clerk directing that he obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

Michael J. Duffy
WILSON, ELSER LAW FIRM - CHICAGO
161 North Clark Street
Suite 4500
Chicago, IL 60601

**IT IS ORDERED** that on or before June 24, 2026, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Michael J. Duffy being removed as counsel of record.

Dated this 9th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

1